No. 4306.—Solís Martinó, Apldo., v. Castro Oriazabala, Aplte.—C. D. Humacao. *Injunction.* Julio 19, 1927. Siendo uno de los motivos de la moción solicitando la desestimación de la apelación contra la aprobación de un memorándum

de costas, que los autos no contienen la sentencia final que impuso la condena de costas, y no constando, en efecto, dicha sentencia en la transcripción que se ha elevado ante esta corte, y vistos los casos de *Compañía Azucarera del Toa* v. *Galán et al.*, 30 D. P. R. 199, y *M. Santini & Co.* v. *Santini*, 32 D. P. R. 718, *se declaró con lugar la moción y se desestimó el recurso.*